UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: SEARCH WARRANT | Criminal No.: 25-SW-237 PAS<br>25-SW-238 PAS |

## MOTION TO UNSEAL SEARCH WARRANT

The United States Attorney for the District of Rhode Island, through undersigned counsel, moves that the Sealing Order for the above captioned Search Warrant be lifted to allow for the public filing of the Motion to Seal, Application for Search Warrant and Search Warrant. It is further requested that the original Supporting Affidavit is to remain sealed and the attached redacted Supporting Affidavit is to be made public.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

SARA M. BLOOM
Acting United States Attorney

/s/Peter I. Roklan
PETER I. ROKLAN
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel: 401-709-5000

SO ORDERED:

_____
AMY E. MOSES
UNITED STATES MAGISTRATE JUDGE

DATE:  7/14/2025